

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF MICHIGAN

# DETROIT DIVISION

CLINTON STRANGE,

Plaintiff

Case:2:19-cv-10607
Judge: Roberts, Victoria A.
MJ: Davis, Stephanie Dawkins
Filed: 02-28-2019 At 03:30 PM
CMP STRANGE v TEXT RIPPLE INC (dat)

v.

TEXT RIPPLE INC.,

a Michigan Domestic Profit Corporation

Defendant

## CIVIL ACTION:

### For Violations of The Telephone Consumer Protection Act of 1991

1

**Plaintiff Waives his Seventh Amendment Right to Jury Trial**

**Preliminary Statement:**

This is an action brought by an individual consumer for violations of the

Telephone Consumer Protection Act of 1991 "TCPA" against Defendant Text

Ripple Inc. for allegedly sending Plaintiff text spam without his express consent.

Plaintiff is seeking damages and injunctive relief under the TCPA.

**Jurisdiction & Venue:**

**Jurisdiction** arises in this court due to the action involves Federal Question

Jurisdiction pursuant to:

47 U.S.C. §227(g)(2)

&

28 U.S.C. § 1331

**Venue** lies properly in this district pursuant to:

47 U.S.C. §227(g)(4)

&

28 U.S.C. § 1391

## Parties:

**Plaintiff** Clinton Strange is an adult individual residing at:

7021 Winburn Drive

Greenwood, LA 71033

**Defendant** TEXT RIPPLE INC. "TR" is a Michigan Domestic Profit Corporation who is associated with the SMS short code that Plaintiff alleges to have received the unwanted text spam from, and whose registered agent is listed as:

Keith Gloster

45658 Rathmore Drive

Macomb, MI 48044

## Factual Allegations:

1. Plaintiff's wireless cellphone number 318-780-8946 has been registered on the Federal Do-Not-Cal listing since January 24, 2018 [*See Exhibit A*].

2. Plaintiff does not like to receive unwanted commercially solicitous phone calls or text spam on his cellphone because they "intrude on his seclusion and violate his rights to privacy guaranteed under the U.S. Constitution", and further deplete plaintiff's memory storage capacity, deplete Plaintiff's battery level on his cellphone (amounting to a conversion Tort under

3

Louisiana State Laws),  and require him to use a measurable amount of mental and physical energy to receive the calls or texts and or review the contents of them and clear them from his incoming message queue. Plaintiff alleges that [he] has Article III standing as a result of Defendant's alleged conduct.

3. Defendant's text messages were placed to telephone number assigned to a cellular telephone service for which Plaintiff incurs a charge for incoming calls and data pursuant to 47 U.S.C. § 227(b)(1) [*See Exhibit B*].

4. Plaintiff is not a customer of Defendant's services and has never provided any personal information, including his telephone number, to Defendant for any purpose whatsoever.

5. Defendant's text spam constituted 'calls' that were not for emergency purposes as defined by 47 U.S.C. § 227(b)(1)(A).

6. During all relevant times, Defendant did not possess Plaintiff's "prior express consent" to receive texts using an automatic telephone dialing system to send texts to his cellular telephones pursuant to 47 U.S.C. § 227(b)(1)(A).

7. Defendant used an "automatic telephone dialing system" as defined by 47 U.S.C. § 227(a)(1) to place its "calls" (text messages are treated as calls under the TCPA) to Plaintiff seeking to solicit goods services (which

constituted telemarketing) of "Smoothie Factory". Smoothie Factory is a company based in Dallas, Texas, and is owned by Parent Company BRIX Holdings. The General Counsel for BRIX Holdings communicated to the Plaintiff that TR did not have any relationship BRIX Holdings or the Smoothie Factory brand.

8. The Plaintiff knows that the Defendant TR is an SMS / MMS Texting platform provider of mass text messaging services. Other U.S. District Courts have found that even 2 text messages were sufficient to plead that an ATDS was used to send text messages See *Cline v. Ultimate Fitness Grp., LLC*, No. 6:18-cv-771-Orl-37GJK, 2018 U.S. Dist. LEXIS 98898 (M.D. Fla. June 7, 2018). TR's website textripple.com offers mass texting services. Other U.S. District courts have found that other SMS Platform providers offering mass text messaging services are utilizing an ATDS for example See *Rotberg v. Jos. A. Bank Clothiers, Inc.* Case No. 16-cv-2962, 2018 WL 5787480 (S.D.N.Y. Nov. 5, 2018),

9. Defendant sent at least three text messages to Plaintiff during a 12-month period [ *See Exhibit C* ].

10. Defendant initiated the first text spam to Plaintiff's cellphone on October 16, 2018 at 9:17am CST from short code number 411669 [ *See Exhibit D* ].

11. The text spam was sent to Plaintiff's cellphone number 318-780-8946 [*See Exhibit E*].

12. The text spam has 'message details' [ *See Exhibit F* ].

13. Defendant initiated the second unwanted text spam to Plaintiff's cellphone on October 16, 2018 at 2:28pm CST from short code number 411669 [ *See Exhibit G* ].

14. The text spam was sent to Plaintiffs cellphone number 318-780-8946 [ *See Exhibit H* ].

15. The text spam had 'message details' [*See Exhibit I* ].

16. Defendant initiated the third unwanted text spam to Plaintiff's cellphone on October 19, 2018 at 2:00pm CST from short code number 411669 [ *See Exhibit J* ].

17. The text spam was sent to Plaintiffs cellphone number 318-780-8946 [ *See Exhibit K* ].

18. The text spam had 'message details' [*See Exhibit L* ].

19. The messages were sent to solicit Plaintiff to purchase goods and services of Smoothie Factory which denies having partnered with or hiring TR to initiate messages on their behalf.

20. Short code number 411669 is a short code operated by or associated with the Defendant TR [ *See Exhibit M* ].

21. TR's website (page last visited 2-24-2019 at 8:54am CST) shows that mass texting is a service they offer from their SMS/MMS platform which has the present capacity to meet the definition of an ATDS [ *See Exhibit N*].

22. Defendant TR is a Michigan Domestic Profit Corporation that operates an SMS Text Messaging platform and was formed May 8, 2007 [*See Exhibit O*].

23. Defendant TR has the 'Vanity Short Code' 411669 registered with the Common Short Code Administration "CSCA".

24. Defendant TR is principally domiciled in Royal Oak, MI, and has a social media presence on Facebook[*See Exhibit P*].

25. The Eastern District of Michigan is within the Sixth Circuit Court of Appeals.

26. The TCPA provides for a private right of action for violations of the act at 47 USC 227(c)(5). This section only applies to telephone solicitation calls. Anyone whose numbers are registered on the DNC list that has received two telemarketing calls within a twelve-month period can sue for all calls including the first. It does not matter if calls are live, pre-recorded or robo calls. The DNC provision is a powerful section of the TCPA because it prohibits calls to both cell phone and residential lines, which are registered on the federal or company specific do-not call lists. It is not necessary to

prove the telemarketer used an ATDS or used artificial or pre-recorded voice messages. Live calls to numbers registered on the DNC are prohibited.

27. The Sixth Circuit Court of Appeals has held that damages under this section may be stacked on top of the TCPA 227(b) section covering "calls to cell phones." This means that the consumer can get up to $3000.00 per call for violations of the cell phone prohibitions and the DNC provisions See *Charvat v NMP, LLC*, 656 F. 3d 440 (6th Cir. 2011).

28. Courts may treble the damages award if the court finds that defendant's violations were committed "willfully or knowingly." 47 U.S.C. § 227(b)(3). Although neither the TCPA nor the FCC regulations define the terms "willfully or knowingly", courts have generally interpreted willfulness to imply only that an action was intentional. See *Smith v. Wade*, 461 U.S. 30, 41 n.8 (1983). While the TCPA does not define willful, the Communications Act of 1934, of which the TCPA is a part, defines willful as "the conscious or deliberate commission or omission of such act, irrespective of any intent to violate any provision, rule or regulation." In *Dubsky v. Advanced Cellular Communications, Inc.*, No. 2008 cv 00652, 2004 WL 503757, at * 2 (Ohio Com. Pl. Feb. 24, 2004), the court found that in the context of the TCPA, the term acting "willfully" means that "the defendant acted voluntarily, and under its own free will, regardless of whether

the defendant knew that it was acting in violation of the statute." 47 U.S.C.§ 227(b)(3).

"Importantly though, the intent for treble damages does not require any malicious or wanton conduct, but rather is satisfied by merely 'knowing' conduct. *Alea London Ltd.*, 638 F.3d at. 776. The court in *SENGENBERGER*, held:

"the statute does not require an entity to state its telephone number at any given time during the message. The fact that Plaintiff's personal voice message recording did not record Defendant's message in its entirety is insufficient to constitute a violation …. In *Dubsky v. Advanced Cellular Communications, Inc.*, No. 2008 cv 00652, 2004 WL 503757, at * 2 (Ohio Com. Pl. Feb. 24, 2004), the court found that in the context of the TCPA, the term acting "willfully" means that "the defendant acted voluntarily, and under its own free will, regardless of whether the defendant knew that it was acting in violation of the statute."

29. Recovery of damages for the two separate provisions does not upset Congress's balance in setting damages "'fair to both the consumer and the telemarketer.'" See *GVN Mich.*, 561 F.3d at 632 n.8 (quoting 137 Cong. Rec. S16,204, S16,205 (daily ed. Nov. 7, 1991) (statement of Sen. Hollings)).

30. The TCPA makes it unlawful for any person within the United States . . . to make any call using any automatic telephone dialing system or an artificial or prerecorded voice . . ." 47 U.S.C. § 227(b)(1)(A)(iii) The TCPA defines ATDS as "equipment which has the capacity - (A) to store or produce telephone numbers to be called, using a random or sequential number generator; and (B) to dial such numbers." 47 U.S.C § 227(a)(1). According to the FCC, an ATDS is any telephone equipment that has the capacity to dial numbers without human intervention. This is an extremely broad standard. If the telephone equipment can potentially be configured or programmed to auto dial, then it is considered an ATDS and is regulated by the TCPA and the FCC.

31.    Presumably, this broad definition resulted because Congress anticipated and pre-empted loopholes by TCPA defendants, who could simply flip a switch on their phone systems and say "it never happened" to avoid liability. In both *Satterfield v Simon et al and Griffith v Consumer Portfolio Recovery*, the courts have followed the FCC's broad definition of an ATDS: "When evaluating the issue of whether equipment is an ATDS, the statute's clear language mandates that the focus must be on whether the equipment has the capacity "to store or produce telephone numbers to be called, using a random or sequential number generator. Accordingly, a system need not actually store,

produce, or call randomly or sequentially generated telephone numbers, it need only have the capacity to do it." *Satterfield v Simon et al* No. 07-16356 D.C. No. CV-06-02893-CW "The FCC concluded that predictive dialers are governed by the TCPA because, like earlier auto dialers, they have the capacity to dial numbers "without human intervention." In doing so, it interpreted "automatic telephone dialing system" to include equipment that utilizes lists or databases of known, nonrandom telephone numbers*." Griffith v. Consumer Portfolio Serv., Inc.*, 838 F.Supp.2d 723 (N.D. Ill. 2011).

32. Under the TCPA Texts are treated as "calls".

33. Under the TCPA the Defendants are liable to the Plaintiff for damages of $500 to $1500 for each violation of the act, and the award for damages may be stacked and trebled at the discretion of the court.

**34.** If the court were to award the Plaintiff damages against the Defendant for 3 text messages (though Plaintiff believes there were more text spams that he deleted), where the violations were stacked and trebled the award would be $9,000 plus costs and interest.

35. If Defendants failed to respond to or did not appear in regard to this pleading then Plaintiff would seek a judgement of $9,000, plus costs, interest, and an enjoinder from further TCPA violations.

## Count I:

## Negligent Violations of the Telephone Consumer Protection Act

## 47 U.S.C. §227(b)

36. Plaintiff repeats and incorporates by reference into this cause of action the allegations set forth above at Paragraphs 1-35.

37. The foregoing acts and omissions of Defendant constitute numerous and multiple negligent violations of the TCPA, including but not limited to each and every one of the above cited provisions of 47 U.S.C. § 227(b), and in particular 47 U.S.C. § 227 (b)(1)(A).

38. As a result of Defendant's negligent violations of 47 U.S.C. § 227(b), Plaintiff is entitled an award of $500.00 in statutory damages, for each and every violation, pursuant to 47 U.S.C. § 227(b)(3)(B).

39. Plaintiff is also entitled to and seeks injunctive relief prohibiting such conduct in the future.

## Count II:

## Knowing and/or Willful Violations of the Telephone Consumer

## Protection Act

## 47 U.S.C. §227(b)

40. Plaintiff repeats and incorporates by reference into this cause of action the allegations set forth above at Paragraphs 1-35.

41. The foregoing acts and omissions of Defendant constitute numerous and multiple knowing and/or willful violations of the TCPA, including but not limited to each and every one of the above cited provisions of 47 U.S.C. § 227(b), and in particular 47 U.S.C. § 227 (b)(1)(A).

42. As a result of Defendant's knowing and/or willful violations of 47 U.S.C. § 227(b), Plaintiff is entitled an award of $1,500.00 in statutory damages, for each and every violation, pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

43. Plaintiff is also entitled to and seeks injunctive relief prohibiting such conduct in the future.

## Count III:

## Negligent Violations of the Telephone Consumer Protection Act

## 47 U.S.C. §227(c)

44. Plaintiff repeats and incorporates by reference into this cause of action the allegations set forth above at Paragraphs 1-35.

45. The foregoing acts and omissions of Defendant constitute numerous and multiple negligent violations of the TCPA, including but not limited to each and every one of the above cited provisions of 47 U.S.C. § 227(c), and in particular 47 U.S.C. § 227 (c)(5).

46. As a result of Defendant's negligent violations of 47 U.S.C. § 227(c), Plaintiff is entitled an award of $500.00 in statutory damages, for each and every violation, pursuant to 47 U.S.C. § 227(c)(5)(B).

47. Plaintiff is also entitled to and seeks injunctive relief prohibiting such conduct in the future.

## Count IV:

## Knowing and/or Willful Violations of the Telephone Consumer Protection Act

## 47 U.S.C. §227 et seq.

48. Plaintiff repeats and incorporates by reference into this cause of action the allegations set forth above at Paragraphs 1-35.

49. The foregoing acts and omissions of Defendant constitute numerous and multiple knowing and/or willful violations of the TCPA, including but not limited to each and every one of the above cited provisions of 47 U.S.C. § 227(c), in particular 47 U.S.C. § 227 (c)(5).

50. As a result of Defendant's knowing and/or willful violations of 47 U.S.C. § 227(c), Plaintiff is entitled an award of $1,500.00 in statutory damages, for each and every violation, pursuant to 47 U.S.C. § 227(c)(5).

51. Plaintiff is entitled to and seeks injunctive relief prohibiting such conduct in the future.

**Prayer for Relief;**

WHEREFORE, Plaintiff seeks judgement in Plaintiff's favor and damages against the Defendants, based on the following requested relief:

Statutory Damages;

Stacked Damages;

Treble Damages;

Pre and or Post Judgement Interest;

Enjoinder from Further Violations of These Parts;

Costs and reasonable attorney's fees (if any);

, and such other and further relief as may be necessary, just and proper.

Respectfully Submitted,

X _Clinton Strange_    2 - 25 - 2019
                        Dated

Clinton Strange
Pro-Se
7021 Winburn Drive
Greenwood, LA 71033
318-780-8946
**parsmllc@gmail.com**

# INDEX OF EXHIBITS

## *Strange v. Text Ripple Inc.*

| EXHIBIT | DESCRIPTION | REFERENCED AT ¶ |
|---|---|---|
| EXHIBIT A | PLAINTIFF'S FEDERAL AND STATE DO-NOT-CALL REGISTRY DOCUMENTS | ¶ 1 |
| EXHIBIT B | PLAINTIFF PAYS FOR DATA PLAN ON HIS CELLULAR PHONE | ¶ 3 |
| EXHIBIT C | THREE TEXT MESSAGES / PICTURE OF PHYSICAL PHONE | ¶ 9 |
| EXHIBIT D | 10-16-2018 AT 9:17AM TEXT SPAM SCREENSHOT | ¶ 10 |
| EXHIBIT E | 10-16-2018 AT 9:17AM TEXT SPAM TO 318-780-8946 | ¶ 11 |
| EXHIBIT F | 10-16-2018 AT 9:17AM TEXT SPAM DETAILS | ¶ 12 |
| EXHIBIT G | 10-16-2018 AT 2:28PM TEXT SPAM SCREENSHOT | ¶ 13 |
| EXHIBIT H | 10-16-2018 AT 2:28PM TEXT SPAM TO 318-780-8946 | ¶ 14 |
| EXHIBIT I | 10-16-2018 AT 2:28PM TEXT SPAM DETAILS | ¶ 15 |
| EXHIBIT J | 10-19-2018 AT 2:00PM TEXT SPAM SCREENSHOT | ¶ 16 |
| EXHIBIT K | 10-19-2018 AT 2:00PM TEXT SPAM TO 318-780-8946 | ¶ 17 |
| EXHIBIT L | 10-19-2018 AT 2:00PM TEXT SPAM DETAILS | ¶ 18 |
| EXHIBIT M | 411669 SHORT CODE REGISTERED TO TEXT RIPPLE | ¶ 20 |
| EXHIBIT N | textripple.com WEBCAPTURE / MASS TEXTING | ¶ 21 |
| EXHIBIT O | TEXT RIPPLE LEGAL INFORMATION FROM MICHIGAN | ¶ 22 |
| EXHIBIT P | TEXT RIPPLE / FACEBOOK PAGE | ¶ 24 |

# EXHIBIT A

**From:** Verify@DonotCall.gov
**Sent:** Wednesday, January 24, 2018 8:36 PM
**To:** parsmllc@gmail.com
**Subject:** National Do Not Call Registry - Your Registration Is Confirmed

Thank you for registering your phone number with the National Do Not Call Registry. You successfully registered your phone number ending in 8946 on October 29, 2014. Most telemarketers will be required to stop calling you 31 days from your registration date.

Visit https://www.donotcall.gov  to register another number or file a complaint against someone violating the Registry.

*****************************************************************************************
*****************************************

Please do not reply to this message as it is from an unattended mailbox. Any replies to this email will not be responded to or forwarded. This service is used for outgoing emails only and cannot respond to inquiries.

# Louisiana Public Service Commission



## Consumer On-Line Registration Form

*I request that the Louisiana Public Service Commission enroll my residential telephone number in the Louisiana "Do Not Call" Program using this on-line form.*

**Please fill out the form in its entirety.** Please list only one First and Last name. Be sure to give a complete phone number, including a valid area code. Note: the form will not be processed if all required fields are not completed or if an incorrect area code is given. For multiple phone numbers, please fill out a separate form for each. (Please register only residential phone numbers).

- Home
- About LPSC
- Consumer Info
- Motor Carriers - Pipelines
- Household Goods Moving
- Telecommunications
- Electric
- Gas
- Water and Sewer
- Do Not Call
- Open Session
- Official Bulletin
- Document Access
- Public Records Request
- PSC Calendar
- Press Releases
- Request For Proposals
- Links
- Disclaimer
- Site Map

| | | |
|---|---|---|
| First Name: (Only one first name, please) | Clinton | (required) |
| Last Name: | Strange | (required) |
| Mailing Address: | 7021 Winburn Drive | (required) |
| Apartment Number: | | (required when applicable) |
| City: | Greenwood | (required) |
| Zip Code: | 71033   – | (5 digit required) |
| Residential Phone Number: (include area code) | ( 318  ) 780  –  8946 | (required - must be a Louisiana area code) |
| E-Mail Address: | bethanysearsguy@yahoo.c | (optional) |

  Submit    **Invalid Zip Code extension**

*The information obtained in this registration is not open to public inspection or disclosure as defined in the Commission's General Order dated November 7, 2001. The Louisiana Public Service Commission will take all necessary steps to protect the confidentiality of the information in its database.*
*You will receive a confirmation screen upon successful transmission of this form.*

The Louisiana "Telephone Solicitation Relief Act of 2001" directs the Louisiana Public Service Commission to promulgate regulations and to compile and maintain a "Do Not Call List." The List consists of telephone numbers of residential telephone subscribers who have elected to reduce telephone solicitations. Business numbers may not be included on the list. The law requires the "Do Not Call" Register to be operational by January 1, 2002.

**Note:** This form does not employ encryption during the transmission phase. The information being sent, although personal, is public domain, and does not include anything sensitive such as drivers license numbers, bank numbers, credit card





numbers or social security numbers. Address and phone information can be obtained from a vast array of sources, including Internet people finders, address database CD-ROMS, white pages, etc.

If you do not feel comfortable sending the information in this way, please print the form, complete it, and send it via standard mail to:

**Louisiana Public Service Commission**
Louisiana Do Not Call Program
Galvez Building, 12th Floor
602 North Fifth Street
Post Office Box 91154
Baton Rouge, LA 70821-9154

Galvez Building, 12th Floor • 602 North Fifth Street PO Box 91154 • Baton Rouge, LA  70821-9154 • 225-342-4999 • 800-256-2397 •  225-342-2831 (Fax)

# Louisiana Public Service Commission



### Registration Confirmation    318-780-8946

***Thank You!*** The "Do Not Call" List is updated quarterly. It will take 30 to 120 days for your number to appear on the list, depending upon the <u>date you register</u>. If you receive a call from a telemarketer after your effective date and wish to file a complaint, you will be required to <u>download and fill out a complaint form</u>.Some specific information is required, but any additional information you provide regarding a complaint can greatly aid our investigation of the violation.

### Example of information that you will be requested to provide in a complaint:

- Your Name
- Your Home Phone Number where the Telemarketer called
- Your Parish and Mailing Address
- The Name of the Telemarketing Company and the business they represent
- The Time and Date of the Telemarketer call you received
- The Telemarketer's Phone number (If you have Caller ID or other service, it would be useful to obtain and/or retain the telemarketer's phone number with such a device.)
- The Telemarketer's Business Address
- The Product or Service you were offered

Remember that the Louisiana "Do Not Call" Program is designed to reduce the number of calls you receive from telemarketers. It will not eliminate all telemarketing calls. There are some exemptions. These exemptions generally include calls made:

- In response to an express request of the person called. For purposes of this Order, in the case of property or services advertised and offered to sale directly by the owner or provider thereof, if such advertisement or offer contains the phone number of the owner or provider or its authorized representative, then such advertisement or offer shall be deemed to be an "express request" by the owner or provider for inquiries relating to the sale or purchase of such property or services. This authorization expires six months after the "express request" is granted.

- Primarily in connection with an existing debt or contract, payment or performance of which has not been completed at the time of such call.

- To any person with whom the telephonic solicitor has an existing business relationship, or a prior business relationship that was terminated or lapsed within six (6) months of such call, except by a person or business that conducts automobile sales and does not complete the sales presentation during the telephone solicitation and is made in contemplation of the sales presentation being completed at a later face-to-face meeting between the telephonic solicitor and the person contacted and where the contacted person has previously made purchases from the automobile dealership.

- On behalf of an organization, which has non-profit status under Section 501(c) (3), or (6) of the Internal Revenue Code, unless such organization utilizes the services of a paid professional solicitor, as defined in R.S. 51:1901(6).

- For the purpose of conducting marketing research, public opinion polling, or similar activities that do not involve telephonic solicitation or selling or

## Navigation

Home
About LPSC
Consumer Info
Motor Carriers - Pipelines
Household Goods Moving
Telecommunications
Electric
Gas
Water and Sewer
Do Not Call
Open Session
Official Bulletin
Document Access
Public Records Request
PSC Calendar
Press Releases
Request For Proposals
Links
Disclaimer
Site Map





obtaining information that will or may be used for telephonic solicitation or selling.

- Constituting political activity. For the purposes of this Order, calls constituting political activity are defined as calls made for the sole purpose of urging support for or opposition to a political candidate or ballot issue provided that the callers identify themselves; or calls made for the sole purpose of conducting political polls or soliciting the expression of opinions, ideas or votes; or calls made by any newspaper or periodical in the state, which is qualified to be the official journal of the state or any parish, municipality, school board, or other political subdivision, as provided by Chapters 2 and 4 of Title 43 of the Louisiana Revised Statutes of 1950.

- Without completing or attempting to complete a sale, said sale to be completed only after a face-to face meeting between the telephonic solicitor and the person called at the telephonic solicitor's primary place of business or at another location selected by the purchaser. The call must be the result of a referral of the person called to the telephonic solicitor, or be placed to an individual who is personally known to the telephonic solicitor. If placed as a result of a referral, the telephonic solicitor must provide to the person called the name of the person who made the referral. If the person called does not wish to be called after such initial call, then the telephonic solicitor shall not call that person and shall maintain a list of such persons. This exemption shall not apply if directly following the sale the telephonic solicitor attempts to deliver an item or collect payment from the person called or caused another to do so.

Galvez Building, 12th Floor • 602 North Fifth Street PO Box 91154 • Baton Rouge, LA  70821-9154 • 225-342-

4999 • 800-256-2397 •  225-342-2831 (Fax)

# EXHIBIT B



**900080004007**
Mobile



02/4/18 8:33 PM

Free VZW Msg: Welcome! You have 3GB to use until 02/23/2018. Manage your account with My Verizon. Visit go.vzw.com/prepayhome for more details.



Free VZW Msg: Renew your plan by 02/23/2018 and carry over up to 3GB of unused data. Make your payment at go.vzw.com/adddata or by dialing #PMT



 Type a message...

 

# EXHIBIT C



# EXHIBIT D



411669
Mobile



Smoothie Factory: 1/2 OFF PB&J SANDWICH WITH PURCHASE OF ANY MEDIUM OR LARGE SMOOTHIE! BUILDING A BETTER YOU!







Type a message...

# EXHIBIT E

# Message Info

From **411669**

Received **10/16/18 9:17 AM**

Type **Text message**

Size **109 bytes**

## Sent To

 Me
Mobile: 3187808946

**VIEW DETAILS**          **CLOSE**

# EXHIBIT F

# Message Info

From **411669**

Received **10/16/18 9:17 AM**

Type **Text message**

Size **109 bytes**

Uid **857293710**

Message Source **Phone**

Thread Id **49**

Native Thread Id **49**

Msg DB Id **199**

Native Id **166**

Date **Tue Oct 16 09:17:03 CDT 2018**

HIDE DETAILS          CLOSE

# EXHIBIT G



# EXHIBIT H

# Message Info

From **411669**

Received **10/16/18 2:28 PM**

Type **Text message**

Size **151 bytes**

## Sent To

 **Me**
Mobile: 3187808946

**VIEW DETAILS**          **CLOSE**

# EXHIBIT I

# Message Info

From **411669**

Received **10/16/18 2:28 PM**

Type **Text message**

Size **151 bytes**

Uid **857368470**

Message Source **Phone**

Thread Id **49**

Native Thread Id **49**

Msg DB Id **200**

Native Id **167**

Date **Tue Oct 16 14:28:35 CDT 2018**

**HIDE DETAILS**          **CLOSE**

# EXHIBIT J



411669
Mobile

Smoothie Factory: FIT FOR YOU FRIDAY! $5 MEDIUM AND $6 LARGE SMOOTHIES!! ALL DAY TODAY! #TEAMSMOOTHIEFACTORY exp:10/19 www.trmm.us/?dzE-2vU

Type a message...

# EXHIBIT K

# Message Info

From **411669**

Received **10/19/18 2:00 PM**

Type **Text message**

Size **140 bytes**

## Sent To

 Me
Mobile: 3187808946

**VIEW DETAILS**          **CLOSE**

# EXHIBIT L

# Message Info

From **411669**

Received **10/19/18 2:00 PM**

Type **Text message**

Size **140 bytes**

Uid **858398430**

Message Source **Phone**

Thread Id **49**

Native Thread Id **49**

Msg DB Id **201**

Native Id **168**

Date **Fri Oct 19 14:00:08 CDT 2018**

**HIDE DETAILS**          **CLOSE**

# EXHIBIT M

utm_campaign=Short%20Code%20Directory&utm_content=head...  (https://usshortcodedirectory.com/) hstc=216944585.8fb2bf6cdef7d2e9012e69c8de1e060b.1537522250

 (https://usshortcodedirectory.com/)

# Text Ripple SMS Short Code



## 411669 Short Code

Do you own this number?

**Mobile Marketing Provider (https://usshortcodedirectory.com/sms-short-code-industry/mobile-marketing-provider/)**

Write Review

Report Spam (http://www.spamresponse.com/report-spam)

Last Updated: January 8, 2017

## Short Code Owner Information

| | |
|---|---|
| **Business/Organization:** | Text Ripple |
| **Address:** | 29488 Woodward Ave STE 244 |
| **City:** | Royal Oak |
| **State:** | MI |
| **Zip Code:** | 48073 |
| **Website:** | http://www.textripple.com (http://www.textripple.com) |
| **Email Address:** | support@textripple.com |
| **Phone Number:** | (248) 854-7688 |

## Basic Short Code Information

| | |
|---|---|
| **Short Code Number:** | 411669 |
| **Short Code Length:** | 6-Digit Short Code (https://usshortcodedirectory.com/sms-short-code-types/6-digit-short-code/) |
| **Short Code Activation Date:** | 2/13/09 |
| **Short Code Deactivation Date:** | N/A |
| **Short Code Type:** | Shared Short Code (https://usshortcodedirectory.com/sms-short-code-types/shared-short-code/) |
| **Vanity Short Code Style:** | Vanity Short Code (https://usshortcodedirectory.com/sms-short-code-types/vanity-short-code/) |
| **Vanity Short Code Spelling:** | N/A |
| **Messaging Types:** | Not Provided |

**Supported Wireless Carriers:**

- Cincinnati Bell
- Leap Wireless
- United States Cellular Corp
- Verizon
- T-Mobile
- Alltel-Allied
- AT&T
- Cellular South
- IWireless
- Metro PCS

- Virgin Mobile
- Boost Mobile
- Union Telephone
- nTelos
- TracFone (AT&T)
- West Central Wireless
- Bluegrass Cellular
- Carolina West Wireless
- Rural Independent Network Alliance
- East Kentucky Network

- Illinois Valley Cellular
- Inland Cellular
- Nex Tech Communications
- Pine Cellular
- DTC Wireless
- Boost-CDMA
- CellCom
- Immix
- ECIT
- Alaska Communications Systems (ACS)

- United Wireless
- GCI Communications
- Thumb Cellular
- Cross Wireless
- Chat Mobility
- Northwest Missouri Cellular
- Pioneer Cellular
- Panhandle Wireless
- Element Mobile
- Golden State Cellular

- Viaero Wireless
- MTPCS
- Cellular One
- Cleartalk (Flat Wireless)
- Epic Touch
- Mosaic Telecom
- Mobi
- PCS
- Peoples Wireless

- Duet IP
- Chariton Valley Cellular
- SouthernLINC
- MobileNation/SI Wireless
- MTA Wireless/Matanuska
- Kenai SRT Communications
- MetroPCS/T-Mobile
- US Aio Wireless
- Sagebrush Cellular
- Google Voice

## Short Code Campaign Information

| | |
|---|---|
| **Campaign Name:** | Text Ripple offers and info |
| **Campaign Type:** | One-Off |
| **Campaign URL:** | Not Provided |
| **Campaign Status:** | Active |
| **Campaign Terms & Conditions:** | http://www.textripple.com/terms_and... (http://www.textripple.com/terms_and_conditions) |
| **Campaign Support Phone Number:** | 1 (844) 211-2761 |
| **Campaign Support Email Address:** | support@textripple.com (mailto:support@textripple.com) |

**Campaign Description:**

The SMS short code 411669, is being used by Text Ripple.

The shared short code number 411669, is currently registered in the U.S. with the Common Short Code Administration (CSCA), and is a vanity short code being used by Text Ripple.

For more information about the short code 411669, text HELP to 411669, or contact their short code customer support at either support@textripple.com (mailto:support@textripple.com) or 1 (844) 211-2761. Did you receive a text message from 411669, and you wish to unsubscribe? You can unsubscribe from Text Ripple text messages by texting "STOP" to 411669.

Text Ripple is a mobile marketing software provider, that offers the ability for their clients to launch and manage SMS marketing programs on their software. Using the software provided by Text Ripple, their clients have the ability to send and receive SMS messages on the shared vanity short code - 411669. These SMS messages can be for all types of SMS programs, including SMS alerts, SMS Contests, SMS voting, SMS chat, SMS coupons, and even used for collecting SMS donations.

**Campaign Content:**

Not provided

| | |
|---|---|
| **Campaign Language:** | Not Provided |
| **Campaign Opt-in Keyword:** | Not Provided |
| **Opt-in Type:** | Not Provided |
| **Campaign Launch Date:** | Not Provided |

## Leave a Comment About This Short Code

Enter your comment here...

 (https://usshortcodedirectory.com/)

# Get a Short Code

Faster and less expensive short code provisioning

**LEARN MORE**



(http://www.tatango.com/?
utm_campaign=Short%20Code%20Directory&utm_content=sidebar&utm_medium=referral&utm_source=short%20code%20directory&__hstc=2169445£

## Similar Short Codes

39664 - MessageMedia (https://usshortcodedirectory.com/directory/short-code-39664/)

80505 - Hipcricket (https://usshortcodedirectory.com/directory/short-code-80505/)

50333 - Mobile Giving (https://usshortcodedirectory.com/directory/short-code-50333/)

411247 - Mobivity (https://usshortcodedirectory.com/directory/short-code-411247/)

411321 - Ecofiles (https://usshortcodedirectory.com/directory/short-code-411321/)

404040 - Mozes (https://usshortcodedirectory.com/directory/short-code-404040/)

40491 - TakeAim Mobile (https://usshortcodedirectory.com/directory/short-code-40491/)

40518 - Dex Media (https://usshortcodedirectory.com/directory/short-code-40518/)

40679 - Persio (https://usshortcodedirectory.com/directory/short-code-40679/)

## Most Popular Short Codes

32665 - Facebook (https://usshortcodedirectory.com/directory/short-code-32665/)

732873 - TeleSign (https://usshortcodedirectory.com/directory/short-code-732873/)

837401 - Verify Phone Query (https://usshortcodedirectory.com/directory/short-code-837401/)

22000 - Google, Inc. (https://usshortcodedirectory.com/directory/short-code-22000/)

23333 - Google (https://usshortcodedirectory.com/directory/short-code-23333/)

313131 - Ez Texting (https://usshortcodedirectory.com/directory/short-code-313131/)

776836 - VerifyPhoneSMS (https://usshortcodedirectory.com/directory/short-code-776836/)

70133 - SafeLink Wireless (https://usshortcodedirectory.com/directory/short-code-70133/)

88022 - Donald J. Trump fo... (https://usshortcodedirectory.com/directory/short-code-88022/)

227898 - Capital One (https://usshortcodedirectory.com/directory/short-code-227898/)


## Recently Trending Short Codes

32665 - Facebook (https://usshortcodedirectory.com/directory/short-code-32665/)

288401 - Verify Phone Sms (https://usshortcodedirectory.com/directory/short-code-288401/)

732873 - TeleSign (https://usshortcodedirectory.com/directory/short-code-732873/)

23333 - Google (https://usshortcodedirectory.com/directory/short-code-23333/)

454358 - LG&E and KU (https://usshortcodedirectory.com/directory/short-code-454358/)

837401 - Verify Phone Query (https://usshortcodedirectory.com/directory/short-code-837401/)

22000 - Google, Inc. (https://usshortcodedirectory.com/directory/short-code-22000/)

90633 - Nexmo (https://usshortcodedirectory.com/directory/short-code-90633/)

88022 - Donald J. Trump fo... (https://usshortcodedirectory.com/directory/short-code-88022/)

70133 - SafeLink Wireless (https://usshortcodedirectory.com/directory/short-code-70133/)

© 2017 U.S. Short Code Directory by Tatango (http://www.tatango.com/?
utm_campaign=Short%20Code%20Directory&utm_medium=referral&utm_source=short%20code%20directory&__hstc=216944585.8fb2bf6cdef7d2e9012e69c8de1e060b.1537522250883.1542014944038.1
| Privacy Policy (https://usshortcodedirectory.com/privacy-policy) | Terms & Conditions (https://usshortcodedirectory.com/terms-conditions)

# EXHIBIT N










# EXHIBIT O

**LARA**
**Corporations**
**Online Filing System**
**Department of Licensing and Regulatory Affairs**

LARA Home    Contact LARA    Online Services    News    MI.gov

## Business Entity results

Number of records: 2

Print results

| Entity Name | ID Number | Old ID Number | Address |
|---|---|---|---|
| TEXTRIPPLE.COM | 800690078 | 00779H | 45658 RATHMORE DRIVE MACOMB, MI 48044 USA |
| TEXT RIPPLE INC. | 800690078 | 00779H | 45658 RATHMORE DRIVE MACOMB, MI 48044 USA |

New Search

LARA FOIA Process     Transparency     Office of Regulatory Reinvention     State Web Sites

Michigan.gov Home     ADA     Michigan News     Policies

Copyright 2018 State of Michigan

# LARA Corporations Online Filing System
## Department of Licensing and Regulatory Affairs

**ID Number: 800690078**

Request certificate   New search

**Summary for:** TEXT RIPPLE INC.

**The name of the DOMESTIC PROFIT CORPORATION:** TEXT RIPPLE INC.

**Entity type:** DOMESTIC PROFIT CORPORATION

**Identification Number:** 800690078   **Old ID Number:** 00779H

**Date of Incorporation in Michigan:** 05/08/2007

**Purpose:** All Purpose Clause

**Term:** Perpetual

**Most Recent Annual Report:** 2016     **Most Recent Annual Report with Officers & Directors:** 2016

**The name and address of the Resident Agent:**

| | |
|---|---|
| Resident Agent Name: | KEITH GLOSTER |
| Street Address: | 45658 RATHMORE DR |
| Apt/Suite/Other: | |
| City: | MACOMB    State: MI    Zip Code: 48044 |

**Registered Office Mailing address:**

| | |
|---|---|
| P.O. Box or Street Address: | 45658 RATHMORE DRIVE |
| Apt/Suite/Other: | |
| City: | MACOMB    State: MI    Zip Code: 48044 |

**Act Formed Under:** 284-1972 Business Corporation Act

**Total Authorized Shares:** 200,000

**Written Consent**

View Assumed Names for this Business Entity

**View filings for this business entity:**

ALL FILINGS
ANNUAL REPORT/ANNUAL STATEMENTS
ARTICLES OF INCORPORATION
RESTATED ARTICLES OF INCORPORATION
RESTATED ARTICLES OF INCORPORATION

**View filings**

Contact Us About The Company Profile For Rippleya.Com

Cine Amateurs

**KEITH GLOSTER (AGENT)**
**TEXTRIPPLE.COM**
MICHIGAN ASSUMED NAME
WRITE REVIEW

Address:              45658 Rathmore Dr
                     Macomb, MI 48094

Registered Agent:  Keith Gloster

Filing Date:          June 01, 2007

File Number:         00779H

View People Named Keith Gloster in Michigan

Contact Us About The Company Profile For Textripple.Com

**KEITH GLOSTER (AGENT)**
**TEXT RIPPLE INC.**
MICHIGAN DOMESTIC PROFIT CORPORATION
WRITE REVIEW

Address:              45658 Rathmore Dr
                     Macomb, MI 48094

Registered Agent:  Keith Gloster

Filing Date:          May 08, 2007

File Number:         00779H

View People Named Keith Gloster in Michigan

Contact Us About The Company Profile For Text Ripple Inc.

**KEITH GLOSTER (AGENT)**
**TXTRIPPLE.COM**
MICHIGAN ASSUMED NAME
WRITE REVIEW

Address:              45658 Rathmore Dr
                     Macomb, MI 48094

Registered Agent:  Keith Gloster

Filing Date:          June 06, 2007

File Number:         00779H

View People Named Keith Gloster in Michigan

Contact Us About The Company Profile For Txtripple.Com

Sponsored Links



**Arrest Records: 2 Secrets**
Find Addresses, Phone Numbers, Felonies, Traffic
Records, DUIs and Much More!

ADDITIONAL LINKS

Previous Name    Next Name

Search All People

Order Business Services For Your Company

*(Displaying 7 matches)*

Copyright © 2012-2018 Bizapedia.com · All rights reserved.

# LARA Corporations
## Online Filing System
### Department of Licensing and Regulatory Affairs

## Order Confirmation                    **Date:** 11/21/2018

| | |
|---|---|
| **Confirmation date/time:** | **11/21/2018** |
| **Confirmation number:** | **18112187705952** |
| **Payment ID number:** | **877353** |
| **Transaction ID number:** | **1867286** |

## Order Summary

| | |
|---|---|
| **Total fee:** | **$10.00** |

Thank you for your order. The items you requested will be returned by your selected method of delivery.

All certificates are assigned a verification number. You may verify certificates through Certificate Verification Search.

If you have any questions about your request,
contact our office:

- phone: 517-241-6470
- email: CorpsMail@michigan.gov

LARA FOIA Process     Transparency     Office of Regulatory Reinvention     State Web Sites

Michigan.gov Home     ADA     Michigan News     Policies

Copyright 2018 State of Michigan

**From:** noreply@michigan.gov
**Sent:** Wednesday, November 21, 2018 8:55 PM
**To:** caddobossierrefrigeration@gmail.com
**Subject:** Payment Confirmation

Thank you for your recent payment to Corporations Online Filing System.

Documents that are endorsed filed are available at www.michigan.gov/corpentitysearch. If the submitted document is not fileable, the notice of refusal to file and document will be available at the Rejected Filings Search website at www.michigan.gov/corprejectedsearch.

If you have questions please contact the Michigan Corporations Division 517-241-6470.

Payment Application: MI Corporations Division NON-REG
Payment Status: Payment completed successfully.
Confirmation Number: 18112187705952
Payment Date: 11/21/2018
--------------------
Billing Address: Clinton a. Strange
                 7021 Winburn Dr
                 Greenwood, LA 71033
                 3184235057
--------------------
Card Type: VISA
Card Number: x5384
--------------------
Payment Amount: 10.00 USD
Total Amount: 10.00 USD
--------------------
Reference: Order O 1867286 0

DO NOT REPLY DIRECTLY TO THIS EMAIL.

CORPORATIONS, SECURITIES & COMMERCIAL LICENSING BUREAU

PROFIT CORPORATION ANNUAL REPORT

## 2016

| Identification Number | Corporation Name |
|---|---|
| 00779H | TEXT RIPPLE INC. |

Resident agent name and mailing address of the registered office

**KEITH GLOSTER**
**45658 RATHMORE DRIVE**

**MACOMB MI 48044**

The address of the registered office
**45658 RATHMORE DR**

**MACOMB MI 48044**

Describe the purpose and activities of the corporation during the year covered by this report:
**COMPANY OFFERS ONLINE SMS/TEXT SERVICES.**

## Officer/Director Information

| NAME | TITLE | BUSINESS OR RESIDENCE ADDRESS |
|---|---|---|
| HANS HEGGE | PRESIDENT | 825C MERRIMON AVE. SUITE 125 ASHEVILLE NC 28804 |
| ANDREA GLOSTER | SECRETARY | 45658 RATHMORE DRIVE MACOMB MI 48044 |
| ANDREA GLOSTER | TREASURER | 45658 RATHMORE DRIVE MACOMB MI 48044 |
| KEITH GLOSTER | DIRECTOR | 45658 RATHMORE DRIVE MACOMB MI 48044 |

## Electronic Signature

| Filed By | Title | Phone |
|---|---|---|
| **ANDREA GLOSTER** | **AUTHORIZED OFFICER OR AGENT** | **248-716-7590** |

[X] I certify that this filing is submitted without fraudulent intent and that I am authorized by the business entity to make any changes reported herein.

## Payment Information

| Payment Amount | Payment Date/Time | Reference Nbr |
|---|---|---|
| $ 25 | 03/14/2016 16:21:51 | 71315 6801 00779H 2016 |

**DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS**
**CORPORATIONS, SECURITIES & COMMERCIAL LICENSING BUREAU**
**PROFIT CORPORATION INFORMATION UPDATE**

## 2015

| Identification Number | Corporation Name |
|---|---|
| **00779H** | **TEXT RIPPLE INC.** |

Resident agent name and mailing address of the registered office
**KEITH GLOSTER**
**45658 RATHMORE DRIVE**

**MACOMB MI 48044**

The address of the registered office
**45658 RATHMORE DR**

**MACOMB MI 48094**

Describe the purpose and activities of the corporation during the year covered by this report:
**SOFTWARE**

### Officer/Director Information

| NAME | TITLE | BUSINESS OR RESIDENCE ADDRESS |
|---|---|---|
| **KEITH GLOSTER** | **PRESIDENT** | **45658 RATHMORE MACOMB MI 48044** |
| **KEITH GLOSTER** | **SECRETARY** | **45658 RATHMORE MACOMB MI 48044** |
| **KEITH GLOSTER** | **TREASURER** | **45658 RATHMORE MACOMB MI 48044** |
| **HANS HEGGE** | **VICE PRESIDENT** | **825C MERRIMON AVE #125 ASHEVILLE NC 28804** |
| **KEITH GLOSTER** | **DIRECTOR** | **45658 RATHMORE MACOMB MI 48044** |

### Electronic Signature

| Filed By | Title | Phone |
|---|---|---|
| **HANS HEGGE** | **AUTHORIZED OFFICER OR AGENT** | **248-854-7688** |

[X] **I certify that this filing is submitted without fraudulent intent and that I am authorized by the business entity to make any changes reported herein.**

### Payment Information

| Payment Amount | Payment Date/Time | Reference Nbr |
|---|---|---|
| **$ 25** | **03/07/2015 16:18:51** | **71315 6801 00779H 2015** |

**From:** MI Corporations Division Orders
**Sent:** Wednesday, November 21, 2018 8:56 PM
**To:** Clinton Strange
**Subject:** MI Corporations Division Email Subscription - Order Certificate

To Clinton Strange,

Attached is the CERTIFICATE OF GOOD STANDING - DOMESTIC PROFIT/PC for TEXT RIPPLE INC. that you ordered. If you ordered multiple certificates, each will be processed and sent separately.

This electronic certificate can be verified online by entering the certificate number at: https://cofs-intra.lara.state.mi.us/icorpweb/Certificates/Verify.aspx.

The certificate number for this item is 18119371030.

Sincerely,

Corporations Division
Corporations, Securities & Commercial Licensing Bureau
Department of Licensing and Regulatory Affairs
Telephone: (517) 241-6470

This email was sent from an unmonitored email address. Please do not reply to this email. You may contact the Corporations Division using this email address: CorpsMail@michigan.gov



# UNITED STATES OF AMERICA
# The State of Michigan

## Department of Licensing and Regulatory Affairs

### Lansing, Michigan

*This is to Certify That*

**TEXT RIPPLE INC.**

*was validly incorporated on May 8 , 2007 as a Michigan DOMESTIC PROFIT CORPORATION,
and said corporation is validly in existence under the laws of this state.*

*This certificate is issued pursuant to the provisions of 1972 PA 284 to attest to the fact that the corporation
is in good standing in Michigan as of this date and is duly authorized to transact business and for no other
purpose.*

*This certificate is in due form, made by me as the proper officer, and is entitled to have full faith and credit
given it in every court and office within the United States.*



*In testimony whereof, I have hereunto set my hand,
in the City of Lansing, this 21st day of November , 2018.*

*Julia Dale*

Julia Dale, Director

Corporations, Securities & Commercial Licensing Bureau

*Sent by electronic transmission*

Certificate Number: 18119371030

Verify this certificate at: URL to eCertificate Verification Search http://www.michigan.gov/corpverifycertificate.

# EXHIBIT P





Been using Text Ripple for about 2 months. Feedback from customers has been positive. Starting to see the results. Easy to use and good tech support to get you up and running with a good campaign.

KayJay's Irish Pub - Shelby Twp., MI

👍 Like          💬 Comment          ↪ Share

**Text Ripple**
@textripple

Home
**Reviews**
Photos
Posts
About
Community
Info and Ads
Join Our Newsletter
Try our Birthday Club De...
Send pics, surveys and ...
Welcome

**Create a Page**

About   Create Ad   Create Page   Developers   Careers   Privacy   Cookies   Ad Choices ▷   Terms   Account Security   Login Help
Help

Español   Français (France)   中文(简体)   العربية   Português (Brasil)   Italiano   한국어   Deutsch   हिन्दी   日本語   +

● Chat



Ripples   Birthday Club   Loyalty   Pipeline   Mobile Builder   Commer

**Text Ripple**

@textripple

Home
Reviews
Photos
Posts
**About**
Community
Info and Ads
Join Our Newsletter
Try our Birthday Club De...
Send pics, surveys and ...
Welcome

👍 Like    🔊 Follow    ➤ Share    ⋯

Contact Us        ● Send Message

## About

**About**                                                          ✏ Suggest Edits

📍 **FIND US**

100 Boston Turnpike Road Suite
133
Shrewsbury, Massachusetts

Get Directions

≈ m.me/textripple 🔊

☎ Call (248) 716-7590

HOURS

Closed Now  9:00 AM - 5:00 PM ▾

SUGGESTIONS

Opened in 2006

Mission
Text Ripple provides mobile marketing software to help
businesses engage with their customers.

ADDITIONAL CONTACT INFO

service@textripple.com

http://www.textripple.com

MORE INFO

ℹ About
Text Ripple is a mobile marketing company specializing in
mobile and text message business solutions. Visit
**TextRipple.com** today to create a custom solution for your
business!

ℹ Company Overview
Text Ripple offers the most cost-effective method of
marketing in existence: a mobile marketing platform that can
be fully integrated into any existing marketin... See More

ℹ Products
mobile voting, mobile coupons, employee texting, mobile
event info, mobile lead generation, mobile sites (.mobi sites),

**Milestones**
• 5 Year Anniversary
• 1 Year Anniversary
• 6 Year Anniversary
• 5 Year Anniversary
• 1 Year Anniversary!
• 5 Year Anniversary
• Milestone

● Chat





About    Create Ad    Create Page    Developers    Careers    Privacy    Cookies    Ad Choices ▷    Terms    Account Security    Login Help
Help

Facebook © 2018

Español   Français (France)   中文(简体)   العربية   Português (Brasil)   Italiano   한국어   Deutsch   हिन्दी   日本語   +

## Text Ripple

@textripple

Home

Reviews

Photos

Posts

**About**

Community

Info and Ads

Join Our Newsletter

Try our Birthday Club De…

Send pics, surveys and …

Welcome

● Chat

JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

CLINTON STRANGE

## DEFENDANTS

TEXT RIPPLE INC.

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Macomb County, MI
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION...

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Case: 2:19-cv-10607
Judge: Roberts, Victoria A.
MJ: Davis, Stephanie Dawkins
Filed: 02-28-2019 At 03:30 PM
CMP STRANGE v TEXT RIPPLE INC (dat)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP... *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from Another District *(specify)*
- ☐ 6  Multidistrict Litigation - Transfer
- ☐ 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
47 USC 227 et seq

Brief description of cause:
RESTRICTIONS ON THE USE OF TELEPHONE EQUIPMENT

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $
9,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☐ Yes    ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*    JUDGE _____    DOCKET NUMBER _____

DATE
02/25/2019

SIGNATURE OF ATTORNEY OF RECORD
Pro Se X *clide*

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

## PURSUANT TO LOCAL RULE 83.11

1.      Is this a case that has been previously dismissed?      ☐ Yes
                                                                                                          ☐ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.      Other than stated above, are there any pending or previously
discontinued or dismissed companion cases in this or any other      ☐ Yes
court, including state court? (Companion cases are matters in which      ☐ No
it appears substantially similar evidence will be offered or the same
or related parties are present and the cases arise out of the same
transaction or occurrence.)

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes :