UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLINTON STRANGE,

     Plaintiff,

v.                                  Case No.  19-10607
                                     Honorable Victoria A. Roberts

TEXT RIPPLE, INC.,

     Defendant.
_____/

## <u>ORDER SETTING DEADLINE</u>

On March 22, 2021, Magistrate Judge Whalen issued an Opinion and Order Granting in Part and Denying in Part Plaintiff's Motion [ECF. 28].  In that Order, Magistrate Judge Whalen granted Plaintiff's request to file a motion for default judgment.  Plaintiff has not filed a motion.

Plaintiff must file his motion for default judgment by August 20, 2021. Failure to file a motion may result in dismissal of the case for lack of progress.

**ORDERED**.

                                    s/ Victoria A. Roberts
                                    Victoria A. Roberts
                                    United States District Judge

Dated:  7/20/2021