UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLINTON STRANGE,

    Plaintiff,

v.                                                                        Case No.  19-10607
                                                                                               Honorable Victoria A. Roberts

TEXT RIPPLE, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

On July 20, 2021, the Court entered an order giving Plaintiff until August 20, 2021 to file a motion for default judgment or face dismissal. Plaintiff failed to file the motion.

Accordingly, this case is dismissed for lack of progress.

**ORDERED**.

                                                          s/ Victoria A. Roberts
                                                          Victoria A. Roberts
                                                          United States District Judge

Dated:  8/30/2021